Ʋesa ჰꭹ⅄ᵐ
×9057

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Case No.  **25mj6192** |
| | ) | |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326; |
| **Adriana FLORES-Baracamontes,** | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about, **November 11, 2025**, within the Southern District of California, defendant, **Adriana FLORES-Baracamontes**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Diana B. Alvarado, Deportation Officer
U.S. Immigration & Customs Enforcement

SWORN ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1 ON NOVEMBER 12, 2025.

HON. BRYAN WHITE
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), San Diego Criminal Apprehension Program (CAP) Deportation Officers (DO), assigned to the 32nd Street Naval Base San Diego, conducted an at-large field arrest of Adriana FLORES-Baracamontes, a citizen and national of Mexico. On November 11, 2025, CAP/ERO Deportation Officer Landin and Deportation Officer Covarrubias assigned to the 32nd Street Naval Base San Diego, were contacted by a Military Police Officer, who advised them of the detention of a foreign-born individual in custody attempting to enter the military base. The Military Police provided the defendant's name, FLORES-Bracamontes, Adriana and her date of birth from her Mexican Consular Identification card. Deportation Officers ran that information in law enforcement databases and became aware of the defendant's immigration history. Records checks came back to Adriana FLORES-Baracamontes, with the same date of birth and photographs of the defendant. At approximately 3:30 p.m., DO Landing and DO Covarrubias responded to the main gate in civilian attire wearing all government issued enforcement gear with ICE/ERO Police Federal Officer Patches. The Military Police Officer gave Deportation Officers the defendant's Mexican Consular Identification card bearing the name Adriana FLORES-Bracamontes, her date of birth and photograph. The biographical information on the Mexican Consular Identification card matched those contained in law enforcement databases. Deportation Officers identified themselves and conducted a field interview. The defendant signaled that she could not hear them. Deportation Officers asked the defendant if she had any documents to be legally present in the United States and the defendant did not respond. Deportation Officers asked the defendant what she was doing at the naval base, and the defendant did not respond. The defendant was advised that she was under arrest for immigration violation. While being handcuffed, the defendant told Deportation Officers that she did not need to be handcuffed and could walk by herself to the federal building. The defendant was transported to the San Diego Field Office for further processing and verification.

The Automated Biometric Fingerprint Identification System "IDENT" and Integrated Automated Fingerprint Identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Adriana FLORES-Baracamontes, a citizen and national of Mexico who was previously removed from the United States to Mexico.

A review of official immigration database record checks revealed the defendant was issued an Expedited Removal and physically removed from the United States to Mexico on December 1, 1998, via the San Ysidro, California Port of Entry. The defendant was last removed on November 2, 2019, via the San Ysidro, California Port of Entry. Record checks further indicate the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.