**MARISSA MARTINEZ**
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Marissa_Martinez@fd.org

Attorneys for Defendant
Ms. Flores-Baracamontes

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>     v.<br><br>ADRIANA FLORES-BARACAMONTES,<br><br>                     Defendant. | CASE NO.: 25MJ6192-BJW<br><br>**NOTICE OF APPEARANCE AS LEAD COUNSEL** |
|---|---|

    Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Marissa A. Martinez, Federal Defenders of San Diego, Inc., hereby gives notice as lead counsel in the above-captioned case.

                                      Respectfully submitted,

Dated: November 14, 2025       *s/ Marissa A. Martinez*
                                            Federal Defenders of San Diego, Inc.
                                            Attorneys for Defendant
                                            Email: Marissa_Martinez@fd.org